STATE of Missouri, Respondent,

v.

Jason E. MARKLEY, Appellant.

No. WD 61931.

Missouri Court of Appeals,
Western District.

Oct. 7, 2003.

Irene C. Karns, Columbia, MO, for appellant.

John M. Morris, III, Charnette D. Douglas, Co–Counsel, Jefferson City, MO, for respondent.

Before ELLIS, C.J., LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Markley was found guilty by a jury of second-degree statutory rape and sentenced as a persistent misdemeanor offender to five years in prison. His only point on appeal is the court should not have entered judgment on the verdict since his evidence clearly showed he reasonably believed the woman was seventeen during the period of time he was charged for the crime. Affirmed. Rule 30.25(b).